Morgan Lewis

**Gina F. McGuire**
+1.212.309.6000
gina.mcguire@morganlewis.com

August 24, 2026

**Via ECF**
Hon. Anne Y. Shields
Unites Magistrate Judge
United States District Court for the
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: Shardenay Palmer v. Capital One N.A., No. 2:25-cv-1320-GRB-AYS

Dear Magistrate Judge Shields:

We represent Defendant Capital One N.A. in the above-referenced action. We write to respectfully request a two-week extension of the September 21, 2026 deadline presently set for submission of a Motion for Summary Judgment as set forth in the Court's July 22, 2025 text-only scheduling order.[1] The parties have met and conferred, and Plaintiff consents to the requested extension, which would provide additional time needed to prepare and file the forthcoming motion. If granted, the deadline for submission of a Motion for Summary Judgment would be extended to October 5, 2026. This is the first request for an extension of the summary judgment deadline, and the requested extension does not impact any other scheduled dates.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Gina F. McGuire*
Gina F. McGuire

*Attorneys for Defendant*

cc: All Counsel of Record (via ECF)

---

1 In a text-only order entered by the Court on the docket on July 22, 2025, the Court adopted the parties' jointly proposed schedule for this matter as stated on the record during the initial conference held the same day.