# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHARDENAY PALMER,<br>Plaintiff,<br>-against-<br><br>CAPITAL ONE N.A., a subsidiary of CAPITAL ONE FINANCIAL CORPORATION,<br>Defendant. | Case No. 25-cv-1320-GRB-AYS<br><br>**DECLARATION OF GINA F. MCGUIRE IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND LOCAL CIVIL RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS** |

I, Gina F. McGuire, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am an attorney at Morgan, Lewis & Bockius LLP, and counsel for Defendant Capital One, N.A., a subsidiary of Capital One Financial Corporation ("Capital One" or "Defendant"), in the above-captioned action. I am admitted to practice before this Court for the above-captioned action.

2. I am fully competent to make this declaration, and the facts set forth below are known to me personally and from review of the pleadings and other documents and information relevant to this matter. I respectfully submit this declaration in support of Defendant's Motion for Summary Judgment and Local Civil Rule 56.1 Statement of Undisputed Material Facts.

3. Attached hereto as **Exhibit 1** is a true and correct copy of Capital One's Code of Conduct, Bates labeled PALMER-00000032-72.

4. Attached hereto as **Exhibit 2** is a true and correct copy of Plaintiff Shardenay Palmer's ("Plaintiff") November 30, 2021 Market Executive offer letter, Bates labeled PALMER-00000076-78.

5. Attached hereto as **Exhibit 3** is a true and correct copy of Plaintiff's job description for the role of Market Executive, Bates labeled PALMER-00000417-420.

6. Attached hereto as **Exhibit 4** is a true and correct copy of Plaintiff's 2022 Year-End Performance Review, Bates labeled PALMER-00000205-207.

7. Attached hereto as **Exhibit 5** is a true and correct copy of Plaintiff's 2022 Year-End Written Evaluation, Bates labeled PALMER-00000434-436.

8. Attached hereto as **Exhibit 6** is a true and correct copy of Plaintiff's 2023 Mid-Year Performance Review, Bates labeled PALMER-00000208.

9. Attached hereto as **Exhibit 7** is a true and correct copy of Plaintiff's 2023 Mid-Year Written Evaluation, Bates labeled PALMER-00000440-442.

10. Attached hereto as **Exhibit 8** is a true and correct copy of Plaintiff's May 26, 2023 email to Marquel Patton attaching and including Plaintiff's All Associate Survey ("AAS") results for Q2 2023, Bates labeled PALMER-00000486-493. 2024

11. Attached hereto as **Exhibit 9** is a true and correct copy of Plaintiff's 2023 Year-End Performance Review, Bates labeled PALMER-00000209-211.

12. Attached hereto as **Exhibit 10** is a true and correct copy of Plaintiff's 2023 Year-End Written Evaluation, Bates labeled PALMER-00000437-439.

13. Attached hereto as **Exhibit 11** is a true and correct copy of Julie Sullivan's November 7, 2023 email to Terry Wilmore, Patrick Starbird, and Joanna Papalios, Bates labeled PALMER-00000513.

14. Attached hereto as **Exhibit 12** is a true and correct copy of the Below "Strong" Rating Year-End Performance Review Template, Bates labeled PALMER-00001491-1497.

15. Attached hereto as **Exhibit 13** is a true and correct copy of the December 12, 2023, email chain between Jennifer Windbeck, Kim Conte, Joanna Papalios, and Terry Wilmore, Bates labeled PALMER-00000558-559.

16. Attached hereto as **Exhibit 14** is a true and correct copy of Defendant's verified Response to Plaintiff's Interrogatory No. 10 excerpted from Defendant's Responses and Objections to Plaintiff's First Set of Interrogatories.

17. Attached hereto as **Exhibit 15** is a true and correct copy of Plaintiff's 2024 Coaching Plan, Bates labeled PALMER-00000212-213.

18. Attached hereto as **Exhibit 16** is a true and correct copy of the December 6, 2023 email notice to Kim Conte of Plaintiff's Accommodation Request, Bates labeled PALMER-00000526.

19. Attached hereto as **Exhibit 17** is a true and correct copy of the January 13, 2024 Critical Incident report email, Bates labeled PALMER-00000704-705.

20. Attached hereto as **Exhibit 18** is a true and correct copy of the Salesforce Case Report for Case No. 20240116-3859553, Bates labeled PALMER-00000274-314.

21. Attached hereto as **Exhibit 19** is a true and correct copy of the slide deck for Associate Relations Case No. 20240116-3859553, Bates labeled PALMER-00001281-83.

22. Attached hereto as **Exhibit 20** is a true and correct copy of Plaintiff's call records reflecting calls with the Market Manager for the Roslyn branch on January 13, 2024, Bates labeled P0254.

23. Attached hereto as **Exhibit 21** is a true and correct copy of chat messages exchanged between Aimee Dunlow and Terry Wilmore from January 31 to February 2, 2024, Bates labeled PALMER-00000763-765.

24. Attached hereto as **Exhibit 22** is a true and correct copy of Plaintiff's call records reflecting calls with Rosie Bradley on January 13, 2024, Bates labeled P0253.

25. Attached hereto as **Exhibit 23** is a true and correct copy of the January 13, 2024 email from Rosie Bradley to BCMCTeam, Rosalia Caruso, and Plaintiff, Bates labeled PALMER-00000615-617.

26. Attached hereto as **Exhibit 24** is a true and correct copy of the Branch and Café Grab & Go Emergency Procedures, Bates labeled PALMER-00000376-384.

27. Attached hereto as **Exhibit 25** is a true and correct copy of the Branch and Café Grab & Go Checklist, Bates labeled PALMER-00000087-388.

28. Attached hereto as **Exhibit 26** is a true and correct copy of the February 2, 2024 email chain between Terry Wilmore, Aimee Dunlow, and Kim Conte, Bates labeled PALMER-00000817-821.

29. Attached hereto as **Exhibit 27** is a true and correct copy of the February 8, 2024 email from Jennifer Windbeck to Lisa Thomas, Aimee Dunlow, Amy Schwab, Kim Conte, and Terry Wilmore, Bates labeled PALMER-00000987-990.

30. Attached hereto as **Exhibit 28** is a true and correct copy of the Salesforce Case Report for Case No. 20240202-3883492, Bates labeled PALMER-00000219-236.

31. Attached hereto as **Exhibit 29** is a true and correct copy of the Salesforce Case Report for Case No. 20240315-3936845, Bates labeled PALMER-00000237-248.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 5, 2026, in New York, New York.

*/s/ Gina F. McGuire*

Gina F. McGuire